UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


DANIELS AGROSCIENCES, LLC

      v.                                                                                           CA 13-268 ML

BALL DPF, LLC


## ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Sullivan on August 28, 2013 (Docket #11).  Magistrate Judge Sullivan recommends that Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue be granted and that the Defendant's alternative Motion to Transfer Venue be denied as moot.  No objection has been filed and the time for doing so has passed.

This Court has reviewed the parties' submissions and the Report and Recommendation.  The Court agrees with the Magistrate Judge's factual findings and legal conclusions and adopts the Report and Recommendation in its entirety.

Defendant's Motion to Dismiss is GRANTED.  Defendant's Motion to Transfer Venue is DENIED as moot.


SO ORDERED:


/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
September 20, 2013